# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

James Earl Ferguson, Jr.
                                   Plaintiff,

v.                                                                        Case No.: 3:25−cv−50058
                                                                       Honorable Iain D. Johnston

U.S. Department of Justice, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 21, 2025:

       MINUTE entry before the Honorable Margaret J. Schneider:Plaintiff's motions to compel [7], [8] are denied. The Court is presently determining Plaintiff's in forma pauperis status. No defendant has been served and no scheduling order for discovery has been entered.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.