3:25-cv-50058

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

JAMES EARL FERGUSON, JR., USA

Plaintiff,

v.

U.S. DEPARTMENT OF THE TREASURY, Secretary,

U.S. DEPARTMENT OF JUSTICE, Attorney General, et al.,

Defendants.

FILED

MAR 03 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.: 3:25-cv-50058

Honorable Iain D. Johnston

PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL COMPLIANCE

I. INTRODUCTION

Plaintiff James Earl Ferguson, Jr. respectfully moves this Court for expedited consideration of his pending Motion to Compel Compliance, Enforce Financial Accountability, and Impose Sanctions for Obstruction. Given the urgency of this matter, Plaintiff requests that the Court issue an order compelling Defendants to respond immediately and that an emergency hearing be scheduled at the Court's earliest availability.

Defendants—including the U.S. Department of the Treasury, Secretary, the U.S. Department of Justice (DOJ), Attorney General, and DOJ officials—are actively obstructing compliance with statutory financial recovery mandates and withholding public records in violation of 34 U.S.C. § 30308, the Strengthening of the Law under Justice for All Reauthorization Act of 2016 (Sec. 15), and 5 U.S.C. § 552 (FOIA). The deliberate failure to enforce financial clawbacks and comply with FOIA requests is causing ongoing harm to the public by allowing taxpayer funds to be unlawfully retained by noncompliant state agencies.

The urgent need for judicial intervention necessitates immediate action to prevent further financial mismanagement and obstruction of justice by federal officials.

II. LEGAL BASIS FOR EXPEDITED CONSIDERATION

A motion for expedited consideration is warranted when:

1. The issue is time-sensitive and presents an ongoing harm to the Plaintiff and the public.

PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL COMPLIANCE

3:25-cv-50058

• Undermines financial integrity and accountability, depriving taxpayers of legally mandated protections.

• Prevents Plaintiff and the public from accessing government records essential for oversight and transparency, in violation of FOIA (5 U.S.C. § 552).

Given the ongoing financial and constitutional harm, expedited judicial intervention is necessary to prevent further damage.

IV. REQUESTED RELIEF

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. Grant expedited consideration of Plaintiff's pending Motion to Compel Compliance and issue an order requiring Defendants to respond immediately.

2. Schedule an emergency hearing at the earliest available date to resolve this matter.

3. Issue an expedited ruling compelling DOJ and Treasury to:

• Enforce financial clawbacks under 34 U.S.C. § 30308 and the Strengthening of the Law under Justice for All Reauthorization Act of 2016 (Sec. 15).

• Disclose all requested records under FOIA (5 U.S.C. § 552).

• Cease further obstruction and comply with federal transparency mandates.

4. Impose any further relief the Court deems just and proper to ensure full compliance.

V. REQUEST FOR SAME-DAY HEARING

Given the urgent nature of this case, Plaintiff respectfully requests that the Court schedule a same-day emergency hearing or the earliest available hearing date. Immediate judicial intervention is necessary to halt continued financial mismanagement, enforce statutory compliance, and prevent further harm to the public.

VI. CONCLUSION

This Court must act swiftly to prevent Defendants from continuing to obstruct statutory financial recovery efforts and withholding legally mandated records. The ongoing harm to federal financial oversight, taxpayer rights, and government transparency warrants immediate judicial action.

Accordingly, Plaintiff requests that this Court:

✓ Expedite review and rule on the Motion to Compel Compliance immediately.

PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL COMPLIANCE

3:25-cv-50058

✓ Schedule an emergency hearing to enforce federal financial oversight laws.

✓ Compel DOJ and Treasury to produce all requested financial oversight records.

✓ Impose sanctions for continued obstruction of statutory mandates.

Respectfully submitted,

James Earl Ferguson, Jr. *[signature] 3/3/2025*

1502 Clifton Ave

Rockford, IL 61102

225-236-6395     ezfy2025@gmail.com