## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

James Earl Ferguson Jr.,

Plaintiff(s),

v.

U.S. Department of Justice, et al,

Defendant(s).

Case No. 3:25-cv-50058
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of the defendants and against plaintiff James Earl Ferguson Jr.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on cross motions for summary judgment.

Date: 10/6/2025                                    Thomas G. Bruton, Clerk of Court

                                                   \s\Y. Pedroza, Deputy Clerk